**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RONNIE NIXON                                                              PLAINTIFF

V.                              CASE NO. 3:19-CV-211-BSM-BD

BECKY HITTS, *et al*.                                                     DEFENDANTS

### RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Brian S. Miller. Mr. Nixon may file written objections to this Recommendation if he disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Nixon may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Montrell Hillard filed this civil rights lawsuit without the help of a lawyer on behalf of himself, Chaddrick Clark, and Ronnie Nixon. Each individual was provided an opportunity to litigate their claims in separate lawsuits. (Docket entry #1) Because Mr. Nixon did not file a complete *in forma pauperis* (IFP) application or pay the $350 statutory filing fee, however, the Court ordered him to do one or the other within thirty days of July 30, 2019. (#2) In a July 30 Order, the Court specifically cautioned Mr. Nixon

that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed. (#2)

As of this date, Mr. Nixon has neither filed an IFP application nor paid the filing fee, as ordered. The time to do so has expired.

## III.   Conclusion:

The Court recommends that Mr. Nixon's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 30, 2019 Order and his failure to prosecute this lawsuit.

DATED this 3rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE