IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE NIXON**                                                                                           **PLAINTIFF**

v.                                   **CASE NO. 3:19-CV-00211 BSM**

**BECKY HITTS, et al.**                                                                              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 3] is adopted, and Nixon's claims are dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2019.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE