IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE NIXON**   **PLAINTIFF**

v.   CASE NO. 3:19-CV-00211 BSM

**BECKY HITTS, et al.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE